CROWN CORK & SEAL CO. OF BALTIMORE CITY v. STANDARD STOPPER CO. et al.

(Circuit Court of Appeals, Second Circuit. December 19, 1904.)

No. 189.

1. APPEAL—INTERLOCUTORY ORDER GRANTING INJUNCTION.

    The fixing of the bond to be given on appeal from an interlocutory order granting an injunction rests in the discretion of the trial court, under the provisions of Act June 6, 1900, c. 803, § 7, 31 Stat. 660 [U. S. Comp. St. 1901, p. 550], and its order is not reviewable on the appeal; nor does such an appeal affect the proceedings in the court below, except as to such injunction, unless a stay is granted by that court.

    [Ed. Note.—Finality of judgments and decrees for purposes of review, see notes to Brush Electric Co. v. Electric Imp. Co., 2 C. C. A. 379; Central Trust Co. v. Madden, 17 C. C. A. 238; Prescott & A. C. Ry. Co. v. Atchison, T. & S. F. R. Co., 28 C. C. A. 482.]

Appeal from the Circuit Court of the United States for the Southern District of New York.

On motion to increase security or to remand.

For opinion below, see 136 Fed. 199.

Wetmore & Jenner and Robert H. Parkinson (John C. Rose, on the brief), for the motion.

J. J. Kennedy, opposed.

Before WALLACE and COXE, Circuit Judges.

PER CURIAM. We cannot review the order of the court below refusing to stay the taxation of costs by the complainant, or its action in fixing the amount of the bond to be given by the defendant upon the appeal. The order is not reviewable, unless upon an appeal from the final decree. There are no circumstances which authorize us to interfere with the judgment of the judge in fixing the amount of the bond. Martin v. Hazard Powder Co., 93 U. S. 302, 23 L. Ed. 885.

As the appeal is from an interlocutory decree granting an injunction and ordering an accounting, the cause, for all purposes except a review of the injunction below, including the taxation of costs, is unaffected by the appeal, in the absence of an order by that court staying the proceedings. Section 7, Court of Appeals Act June 6, 1900, c. 803, 31 Stat. 660 [U. S. Comp. St. 1901, p. 550].